IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL VALDEZ, JR., | No. C-00-4733 MMC |
| Petitioner, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| ROY A. CASTRO, Warden, | |
| Respondent / | |

In a decision dated November 23, 2005, the Ninth Circuit Court of Appeals remanded the instant action to afford this Court the opportunity to conduct harmless error review under Brecht v. Abrahamson, 507 U.S. 619 (1993), "informed by input from the parties." See Valdez v. Castro, No. 04-15198, slip op. at 3 (9th Cir. Nov. 23, 2005). The Ninth Circuit's mandate was issued January 10, 2006.

Accordingly, the Court hereby sets the following briefing schedule:

1. No later than February 24, 2006, petitioner shall file and serve a memorandum addressing application of the Brecht standard.

2. No later than March 24, 2006, respondent shall file and serve his opposition.

3. No later than April 7, 2006, petitioner may file a reply.

**IT IS SO ORDERED.**

Dated: January 27, 2006

MAXINE M. CHESNEY
United States District Judge